# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY EIL ROMO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 09-1356-JEM <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this case is remanded for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: August 26, 2010          */s/ John E. McDermott*
                                                JOHN E. MCDERMOTT
                                         UNITED STATES MAGISTRATE JUDGE